■ In the Matter of PETER M., Petitioner, for a Judgment Declaring His Legitimacy. ANDREW M. CUOMO, as Attorney General, Respondent. [832 NYS2d 834]—Motion to vacate ex parte order denied for reasons stated in decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. SCHNEIDER, Appellant. [832 NYS2d 834]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Criminal Sale Controlled Substance, 3rd Degree). Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.